UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. **17-20886**

21 U.S.C. § 963
21 U.S.C. § 853

CR-MARTINEZ
OTAZO-REYES

UNITED STATES OF AMERICA

vs.

OMAR AUSENO-BURGOS,
   a/k/a "Llanero," and
NIRAMA CHAVEZ-GLAVIS,

       **Defendants.**
_____/

## INDICTMENT

The Grand Jury charges that:

Beginning on or about November 1, 2016, and continuing through the date of the return of this Indictment, in the countries of Colombia, Guatemala, and elsewhere, the defendants,

**OMAR AUSENO-BURGOS,**
**a/k/a "Llanero," and**
**NIRAMA CHAVEZ-GLAVIS,**

did knowingly and willfully combine, conspire, confederate, and agree with each other and with persons known and unknown to the Grand Jury, to distribute a controlled substance in Schedule II, intending, knowing, and having reasonable cause to believe that such controlled substance would be unlawfully imported into the United States, in violation of Title 21, United States Code, Section 959(a); all in violation of Title 21, United States Code, Section 963.

With respect to the defendants, the controlled substance involved in the conspiracy attributable to them as a result of their own conduct, and the conduct of other conspirators reasonably foreseeable to them, is five (5) kilograms or more of a mixture and substance containing

a detectable amount of cocaine, in violation of Title 21, United States Code, Sections 963 and 960(b)(1)(B).

## FORFEITURE ALLEGATIONS

1.   The allegations contained in this Indictment are re-alleged and incorporated by reference as though fully set forth herein for the purpose of alleging forfeiture to the United States of America of certain property in which one or more of the defendants, **OMAR AUSENO-BURGOS, a/k/a "Llanero," and NIRAMA CHAVEZ-GLAVIS** have an interest.

2.   Upon conviction of the violation alleged in this Indictment, any defendant so convicted shall forfeit to the United States any property constituting, or derived from, any proceeds obtained, directly or indirectly, as the result of such violation and any property used, or intended to be used, in any manner or part, to commit, or to facilitate the commission of, such violation.

All pursuant to Title 21, United States Code, Section 853, made applicable by Title 21, United States Code, Section 970.

A TRUE BILL

_____
FOREPERSON

_____
BENJAMIN G. GREENBERG
ACTING UNITED STATES ATTORNEY

_____
JOSEPH M. SCHUSTER
ASSISTANT UNITED STATES ATTORNEY

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA

vs.

**OMAR AUSENO-BURGOS,**
  a/k/a "Llanero," and
**NIRAMA CHAVEZ-GLAVIS,**

  **Defendants.**
  _____/

CASE NO. _____

**CERTIFICATE OF TRIAL ATTORNEY***

**Superseding Case Information:**

| | |
|---|---|
| New Defendant(s) | Yes ____ No ____ |
| Number of New Defendants | ____ |
| Total number of counts | ____ |

**Court Division:** (Select One)

_x_ Miami      ____ Key West
____ FTL       ____ WPB       ____ FTP

I do hereby certify that:

1. I have carefully considered the allegations of the indictment, the number of defendants, the number of probable witnesses and the legal complexities of the Indictment/Information attached hereto.

2. I am aware that the information supplied on this statement will be relied upon by the Judges of this Court in setting their calendars and scheduling criminal trials under the mandate of the Speedy Trial Act, Title 28 U.S.C. Section 3161.

3. Interpreter:     (Yes or No)     Yes
   List language and/or dialect     Spanish

4. This case will take  _12-14_  days for the parties to try.

5. Please check appropriate category and type of offense listed below:
   (Check only one)                        (Check only one)
   I    0 to 5 days     _____             Petty      _____
   II   6 to 10 days    _____             Minor      _____
   III  11 to 20 days     _X_              Misdem.    _____
   IV   21 to 60 days   _____             Felony       _X_
   V    61 days and over _____

6. Has this case been previously filed in this District Court?   (Yes or No)   No
   If yes:
   Judge: _____   Case No. _____
   (Attach copy of dispositive order)
   Has a complaint been filed in this matter?   (Yes or No)   No
   If yes:
   Magistrate Case No. _____
   Related Miscellaneous numbers: _____
   Defendant(s) in federal custody as of _____
   Defendant(s) in state custody as of _____
   Rule 20 from the _____  District of _____

   Is this a potential death penalty case? (Yes or No)    No

7. Does this case originate from a matter pending in the Northern Region of the U.S. Attorney's Office prior to October 14, 2003?    ____ Yes   _X_ No

8. Does this case originate from a matter pending in the Central Region of the U.S. Attorney's Office prior to September 1, 2007?    ____ Yes   _X_ No

                                                     _____
                                                     JOSEPH M. SCHUSTER
                                                     ASSISTANT UNITED STATES ATTORNEY
                                                     Court ID No. A5502182

*Penalty Sheet(s) attached                                                     REV 4/8/08

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

PENALTY SHEET

**Defendant's Name:**  OMAR AUSENO-BURGOS, a/k/a "Llanero"

**Case No:** _____

Count #: 1

Conspiracy to Distribute Cocaine Knowing that it would be Imported into the United States

Title 21, United States Code, Sections 959 and 963

*__Max. Penalty:__  Life Imprisonment

*Refers only to possible term of incarceration, does not include possible fines, restitution, special assessments, parole terms, or forfeitures that may be applicable.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

PENALTY SHEET

**Defendant's Name:**  NIRAMA CHAVEZ-GLAVIS

**Case No:**

Count #: 1

Conspiracy to Distribute Cocaine Knowing that it would be Imported into the United States

Title 21, United States Code, Sections 959 and 963

**\*Max. Penalty:**  Life Imprisonment

\*Refers only to possible term of incarceration, does not include possible fines, restitution, special assessments, parole terms, or forfeitures that may be applicable.