IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA

CASE NO. 17-20886-CR-MARTINEZ/OTAZO-REYES

UNITED STATES OF AMERICA

vs.

OMAR AUSENO-BURGOS,
   a/k/a "Llanero," and
NIRAMA CHAVEZ-GLAVIS,

       Defendants.
_____/

## UNSEALING ORDER

THIS CAUSE is before the Court on the Government's Motion to Unseal. Being fully advised, it is hereby

ORDERED AND ADJUDGED that the Motion to Unseal is GRANTED; all docket entries associated with this case number SHALL be UNSEALED.

DONE AND ORDERED in Miami, Florida this 20th day of July, 2018.

                                                HON. ALICIA M. OTAZO-REYES
                                                UNITED STATES MAGISTRATE JUDGE

cc: AUSA Joseph M. Schuster